# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2014

149200

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re SLATER/WEIMER, Minors.

SC: 149200
COA: 317132
Montcalm CC Family Division:
12-000563-NA

_____/

By order of October 28, 2014, the application for leave to appeal the March 25, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *In re Farris* (Docket No. 147636). On order of the Court, the application for leave to appeal the March 25, 2014 judgment of the Court of Appeals is considered. Because the application seeks to appeal a ruling made in connection with this case, which has since been closed, it is DISMISSED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2014



Clerk

p1202